# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **PAIGE BARBIER,** <br><br> **Plaintiff,** <br> v. <br><br> **SKANSKA USA CIVIL SOUTHEAST, INC.,** <br><br> **Defendant.** | **CASE NO.: 6:21-CV-01325-WWB-GJK** |

## JOINT REPORT REGARDING SETTLEMENT

Pursuant to the Court's Scheduling Order dated August 23, 2021, Plaintiff, Paige Barbier, and Defendant, Skanska USA Civil Southeast, Inc., respectfully file this Joint Report Regarding Settlement and state as follows:

The Parties have settled the case and will file a Joint Motion for Approval of FLSA Settlement by December 10, 2021.

Respectfully Submitted this 22nd day of November, 2021.

| | |
|---|---|
| */s/ Max L. Horowitz, Esq.* | */s/ Allison Wiggins* |
| Anthony M. Georges-Pierre, Esq. | Allison Wiggins |
| Florida Bar Number: 0533637 | Fla. Bar No. 105733 |
| Email: agp@rgpattorneys.com | Email: awiggins@littler.com |
| Max L. Horowitz, Esq. | Kimberly J. Doud |
| Florida Bar Number: 118269 | Fla. Bar No.: 523771 |
| Email: mhorowitz@rgpattorneys.com | Email: kdoud@littler.com |
| REMER & GEORGES-PIERRE, PLLC | LITTLER MENDELSON, P.C. |

| | |
|---|---|
| COURTHOUSE TOWER<br>44 West Flagler Street, Suite 2200<br>Miami, Florida 33130<br>Telephone: (305) 416-5000<br>Facsimile:  (305) 416-5005<br><br>Attorney for Plaintiff | 111 N. Orange Avenue<br>Suite 1750<br>Orlando, Florida 32801-2366<br>Telephone: (407) 393-2900<br>Facsimile:  (407) 393-2929<br><br>Attorneys for Defendant |

4863-2385-5364.1