**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PAIGE BARBIER,

    Plaintiff,

v.                                      Case No. 6:21-cv-1325-WWB-GJK

SKANSKA USA CIVIL SOUTHEAST, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Fair Labor Standards Act Settlement and Dismissal With Prejudice (Doc. 17). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 18), in which he recommends that the parties' Motion be denied. The parties filed a Joint Notice of No Objection (Doc. 19) to the Report and Recommendation.

After a de novo review of the record, and noting that the parties have no objections, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Fair Labor Standards Act Settlement and Dismissal With Prejudice (Doc. 17) is **DENIED**.

3. On or before **February 17, 2022**, the parties shall file a renewed motion for settlement approval.

**DONE AND ORDERED** in Orlando, Florida on February 11, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record