UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PAIGE BARBIER,

    Plaintiff,

v.                                                          Case No. 6:21-cv-1325-WWB-GJK

SKANSKA USA CIVIL SOUTHEAST, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Renewed Motion for Approval of Fair Labor Standards Act Settlement and Dismissal with Prejudice (Doc. 21). United States Magistrate Judge David A. Baker issued a Report and Recommendation (Doc. 22), in which he recommends that the parties' Motion be granted. The parties filed a Joint Notice of No Objection (Doc. 23) to the Report and Recommendation.

After a de novo review of the record, and noting that the parties have no objections, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 22) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Renewed Motion for Approval of Fair Labor Standards Act Settlement and Dismissal with Prejudice (Doc. 21) is **GRANTED**. The parties' Amended Fair Labor Standards Act Settlement Agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on February 28, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record